

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2015

No. 04-15-00456-CR

James **GARZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12648A
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's brief was due September 14, 2015, but it was not filed. This court notified appellant's counsel, Edward F. Shaughnessy III, of the deficiency by letter on September 23, 2015. *See* TEX. R. APP. P. 38.8(b)(2). Our letter advised counsel that this appeal would be abated for an abandonment hearing if he failed to timely respond. Counsel has not filed appellant's brief or otherwise responded to our letter.

We **order** Edward F. Shaughnessy III to file, by October 13, 2015, either the appellant's brief or a motion for extension of time to file the brief. If the brief or a conforming motion is not filed by the date ordered, the court will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court